JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

Order Filed on January 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

**GERALD SARNO**

DEBTORS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHAPTER 13
CASE NO.: 17-11726/CMG

**ORDER EXPUNGING PROOF OF CLAIM FILED BY POET'S CORNER**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: January 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: GERALD SARNO

Case Number: 17-11726

Caption of Order:  Order Expunging Proof of Claim filed by Poet's Corner

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the secured claim, filed as claim number 12-1, is hereby expunged.