JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on January 17, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:                              UNITED STATES BANKRUPTCY COURT
                                    DISTRICT OF NEW JERSEY

**GERALD SARNO**
                                    CHAPTER 13
                                    CASE NO.:  17-11726/CMG

DEBTORS

### ORDER EXPUNGING PROOF OF CLAIM FILED BY POET'S CORNER

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: January 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: GERALD SARNO

Case Number: 17-11726

Caption of Order:  Order Expunging Proof of Claim filed by Poet's Corner


**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for

Debtors, upon reading documents submitted and good cause being shown:


**ORDERED** that the secured claim, filed as claim number 12-1, is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-11726-CMG
Gerald Sarno                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Jan 18, 2019
                                Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db              +Gerald Sarno,   13 Dickenson Court,   Freehold, NJ 07728-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Gerald  Sarno cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5