UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

     Gerald Sarno

Case No.:    17-11726-CMG

Hearing date:

Judge:   Hon. Christine M. Gravelle, U.S.B.J.

## O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 31, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of _____James J. Cerbone_____
on behalf of ____the debtor_____ seeking an Order Authorizing Entry of a Final Loan
Modification Agreement concerning a mortgage on real property referenced on the loan
modification attached to movant's motion, and the Court having considered the submissions; and
parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured
   creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order.
   Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being
   reserved pursuant to this order to other creditors in accordance with the provisions of the
   confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured
   creditor shall file an amended post-petition order within thirty (30) days of the date of this
   Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds
   being reserved pursuant to this order to other creditors in accordance with the provisions of
   the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan
   within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-11726-CMG
Gerald Sarno                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 31, 2019
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +Gerald Sarno,    13 Dickenson Court,    Freehold, NJ 07728-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Gerald  Sarno cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 5