Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−11726−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerald Sarno
   13 Dickenson Court
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9454

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       3/6/19
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
James j. Cerbone, Esq.

COMMISSION OR FEES
$2,000.00

EXPENSES
−0−

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 4, 2019
JAN: amg

Jeanne Naughton
Clerk

Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 17-11726-CMG
Gerald Sarno                                                       Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2           Date Rcvd: Feb 04, 2019
                              Form ID: 137                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db             +Gerald Sarno,    13 Dickenson Court,    Freehold, NJ 07728-4312
516616745       Anesthesia Consultants of NJ,    Attn: Frost- Arnett Company,    PO Box 1022,
                 Wixom, MI 48393-1022
516616746      +Atul Bhasin MD,    Atlas Medical Care LLC,    1001 W Main Street Unit A,
                 Freehold, NJ 07728-2579
516616747       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
516866158       Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
516616751       Centrastate Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
516616754      +Daryl Kipnis,    Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516616756       Freehold Psychiatric Association,    PO Box 1247,    Toms River, NJ 08754-1247
516616759      +KML Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
516616760       Laboratory Corporation,    PO Box 2240,    Burlington, NC 27216-2240
516616761       MCS Claim Services,    123 Frost Street,    Suite 202,    Westbury, NY 11590-5027
516616762      +Mid Atlantic Diabetes and Endocrinology,    555 Iron Bridge Road Ste 18,
                 Freehold, NJ 07728-2975
516656382      +NJ Turnpike Authority,    Mark Schneider,    581 Main St  PO Box 5042,
                 Woodbridge, NJ 07095-5042
516809964      +New Jersey Healthcare Specialists, P.C.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516616766       New Jersey Heatlhcare Specialists PC,    Dept 10005,    PO Box 419378,    Boston, MA 02241-9378
516616767       Pennsylvania EZ Pass Violations,    Attn: Linebarger Goggan Blair & Sampson,    PO Box 90128,
                 Harrisburg, PA 17109-0128
517473798      +Poet's Corner Homeowners Association, Inc.,    c/o Radom & Wetter,
                 245 Route 22 West, Suite 201,    Bridgewater, NJ 08807-2560
516616768      +Poets Corner HOA Inc,    c/o Towne & Country Management,    711 Sycamore,
                 Red Bank, NJ 07701-4921
516616770      +RMB Inc,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516616772      +RWJ University Hospital,    865 Stone Street,    Rahway, NJ 07065-2742
516616769       Raymour & Flanigan,    PO Box 130,    Liverpool, NY 13088-0130
516616771       Robert Wood Johnson Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
516616774      +Surgery Center of Central New Jersey,    107 North Center Drive,
                 North Brunswick, NJ 08902-4909
516616776       USPS Disbursing Office,    Account Service Center,    2825 Lone Oak Parkway,
                 Saint Paul, MN 55121-9640
516616775       University Behavoiral Healthcare,    PO Box 416702,    Boston, MA 02241-6702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516616744      +E-mail/Text: bkrpt@retrievalmasters.com Feb 04 2019 23:51:10      AMCA,
                 4 Westchester Place Suite 110,    Elmsford, NY 10523-1615
516755797       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2019 23:57:43
                 Ashley Funding Services, LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
516694866       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2019 23:58:22      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
516616748      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2019 23:57:12      Cach, LLC,
                 4340 S Monaco Street Suite 400,    Denver, CO 80237-3485
516616749      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2019 23:57:02      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
516616752      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 04 2019 23:51:52
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
516616753      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 04 2019 23:57:40      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
516616755       E-mail/Text: bnc-bluestem@quantum3group.com Feb 04 2019 23:51:41      Fingerhut,    PO Box 166,
                 Newark, NJ 07101-0166
516841013      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516616763      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
516616764      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
516616765       E-mail/Text: Jerry.Bogar@conduent.com Feb 04 2019 23:52:03      New Jersey E-Z Pass,
                 PO Box 52005,    Newark, NJ 07101-8205
516871817       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2019 00:09:08
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516616773      +E-mail/Text: clientservices@simonsagency.com Feb 04 2019 23:51:47      Simons Agency Inc,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516653537      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:58:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 04, 2019
                              Form ID: 137             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516616750*       +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516616757       ##High Focus Centers,    299 Market Street Ste 130,    Saddle Brook, NJ 07663-5321
516616758     ##+Keystone Financial Services,    PO Box 730,    Allenwood, NJ 08720-0730
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor Gerald    Sarno cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```