**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gerald Sarno | Social Security number or ITIN   xxx–xx–9454 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   17–11726–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald Sarno

9/13/22

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-11726-CMG

Gerald Sarno                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                      User: admin                                      Page 1 of 3

Date Rcvd: Sep 13, 2022                            Form ID: 3180W                            Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald Sarno, 13 Dickenson Court, Freehold, NJ 07728-4312 |
| 516616745 | | Anesthesia Consultants of NJ, Attn: Frost- Arnett Company, PO Box 1022, Wixom, MI 48393-1022 |
| 516616746 | + | Atul Bhasin MD, Atlas Medical Care LLC, 1001 W Main Street Unit A, Freehold, NJ 07728-2579 |
| 516616751 | | Centrastate Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 516616754 | + | Daryl Kipnis, Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516616756 | | Freehold Psychiatric Association, PO Box 1247, Toms River, NJ 08754-1247 |
| 516616757 | | High Focus Centers, 299 Market Street Ste 130, Saddle Brook, NJ 07663-5321 |
| 516616758 | + | Keystone Financial Services, PO Box 730, Allenwood, NJ 08720-0730 |
| 516616760 | | Laboratory Corporation, PO Box 2240, Burlington, NC 27216-2240 |
| 516616762 | + | Mid Atlantic Diabetes and Endocrinology, 555 Iron Bridge Road Ste 18, Freehold, NJ 07728-2975 |
| 516656382 | + | NJ Turnpike Authority, Mark Schneider, 581 Main St PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516616765 | | New Jersey E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 516616766 | | New Jersey Heatlhcare Specialists PC, Dept 10005, PO Box 419378, Boston, MA 02241-9378 |
| 516616767 | | Pennsylvania EZ Pass Violations, Attn: Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 517473798 | + | Poet's Corner Homeowners Association, Inc., c/o Radom & Wetter, 245 Route 22 West, Suite 201, Bridgewater, NJ 08807-2560 |
| 516616768 | + | Poets Corner HOA Inc, c/o Towne & Country Management, 711 Sycamore, Red Bank, NJ 07701-4921 |
| 516616770 | + | RMB Inc, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 516616772 | + | RWJ University Hospital, 865 Stone Street, Rahway, NJ 07065-2742 |
| 516616771 | | Robert Wood Johnson Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 516616774 | + | Surgery Center of Central New Jersey, 107 North Center Drive, North Brunswick, NJ 08902-4909 |
| 516616775 | | University Behavoiral Healthcare, PO Box 416702, Boston, MA 02241-6702 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516616744 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 13 2022 20:44:00 | AMCA, 4 Westchester Place Suite 110, Elmsford, NY 10523-1615 |
| 516755797 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:57 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516616747 | | EDI: BANKAMER.COM | Sep 14 2022 00:43:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 516866158 | | EDI: BANKAMER.COM | Sep 14 2022 00:43:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 516694866 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:57 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516616748 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:46:07 | Cach, LLC, 4340 S Monaco Street Suite 400, Denver, CO 80237-3485 |
| 516616749 | + | EDI: CAPITALONE.COM | Sep 14 2022 00:43:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516616752 | + | EDI: CCS.COM | Sep 14 2022 00:43:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 516616753 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2022 20:45:56 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 516616755 | | EDI: BLUESTEM | Sep 14 2022 00:43:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 516841013 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2022 20:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516616763 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2022 20:45:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 516616764 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2022 20:45:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 516809964 | + | Email/Text: signed.order@pfwattorneys.com | Sep 13 2022 20:44:00 | New Jersey Healthcare Specialists, P.C., c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 516871817 | | EDI: PRA.COM | Sep 14 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516616769 | ^ | MEBN | Sep 13 2022 20:40:38 | Raymour & Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 516616773 | + | Email/Text: clientservices@simonsagency.com | Sep 13 2022 20:45:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 516653537 | + | EDI: RMSC.COM | Sep 14 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516616776 | | Email/Text: bhdmq0@usps.gov | Sep 13 2022 20:44:00 | USPS Disbursing Office, Account Service Center, 2825 Lone Oak Parkway, Saint Paul, MN 55121-9640 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516616750 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516616759 | ##+ | KML Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 516616761 | ## | MCS Claim Services, 123 Frost Street, Suite 202, Westbury, NY 11590-5027 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-3                              User: admin                              Page 3 of 3

Date Rcvd: Sep 13, 2022                          Form ID: 3180W                           Total Noticed: 42

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | |
| | on behalf of Debtor Gerald Sarno cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5